


# In the
# Indiana Supreme Court

IN THE MATTER OF FAILURE ) Cause No. 94S00-1105-MS-313
TO COMPLY WITH CONTINUING )
LEGAL EDUCATION REQUIREMENTS )
and/or NONPAYMENT OF ATTORNEY )
REGISTRATION FEES

### ORDER OF SUSPENSION OF CERTAIN ATTORNEYS
### FOR FAILURE TO PAY ATTORNEY REGISTRATION FEES
### and/or
### FAILURE TO COMPLY WITH
### CONTINUING LEGAL EDUCATION REQUIREMENTS

The Clerk of the Court has notified this Court that certain attorneys have failed either to pay the annual registration fee required for them to be licensed to practice law in Indiana, or to file an exemption affidavit as contemplated by Indiana Admission and Discipline Rule 2. In addition, the Indiana Commission for Continuing Legal Education has notified the Court that certain attorneys have failed to comply with the continuing legal education requirements of Admission and Discipline Rule 29, Sections 3 or 10.

The Court finds that the attorneys listed on Exhibit A, which is attached to and expressly made a part of this order, have not complied with the Admission and Discipline Rules mentioned above, the basis or bases of their noncompliance being listed to the immediate right of each attorney's bar number. Accordingly, this Court finds that such attorneys should be and therefore ARE SUSPENDED from the practice of law in the State of Indiana.

Although the suspension is effective as of the date of this order for purposes of the reinstatement procedures that must be followed and/or any reinstatement fees that must be paid for reinstatement, the Court directs that the proscription against the actual practice of law will go into effect at 12:00 a.m. on Monday, June 20, 2011. The delay from the date of this order to the suspension date is for the sole purpose of allowing time for copies of this order to be sent, received, and acted upon by the suspended attorneys. Any attorney whose name appears on Exhibit A may be reinstated by complying with the applicable reinstatement procedures and by paying any applicable penalties. The reinstatement procedure for nonpayment of attorney fees can be found in Indiana Admission and Discipline Rule 2(h). The reinstatement procedure for failure to comply with continuing legal education requirements can be found in Indiana Admission and Discipline Rule 29,

section 10(b). These rules can be found at http://www.in.gov/judiciary/rules/ad_dis/index.html.

Certain attorneys may have asked the Commission for extensions of time within which to comply with the Rules governing continuing legal education requirements. If the Commission has decided that sufficient reasons exist to grant an extension, as provided in Admission and Discipline Rule 29, Section 8, then the attorney's name will not appear on the list of suspended attorneys attached to this order.

The Clerk of this Court is directed to forward a copy of this Order and the suspension list, Exhibit A, to the Executive Secretary of the Indiana Supreme Court Disciplinary Commission; to the Executive Director of the Indiana Board of Law Examiners; to the Executive Director of the Indiana Commission for Continuing Legal Education; to the Supreme Court Administration Office; to the Executive Director of the Division of State Court Administration; to the Indiana State Bar Association; to the Clerk of the U.S. District Court for the Southern District of Indiana; to the Clerk of the U.S. District Court for the Northern District of Indiana; to each of the attorneys listed on Exhibit A whose address is on the roll of attorneys; and to all Clerks of the Circuit Courts of this State who, with the aid of the Judge of the Circuit Court in which that Clerk serves, shall post this Order for examination by the members of the bar.

Done at Indianapolis, Indiana, this 26th day of May, 2011.

*Randall T. Shepard*
Randall T. Shepard
Chief Justice of Indiana

All Justices concur.

2

## Allen County

0014576-02 *Fees*
**MITCHELL WAYNE HICKS**
202 WEST BERRY STREET
SUITE 710
FORT WAYNE, IN 46802

0020530-02 *CLE, Fees*
**R. MARK KEATON**
P.O. BOX 11208
FORT WAYNE, IN 46856-1208

0017422-53 *Fees*
**DAVID BENJAMIN LEBEAU**
11610 LEATHERWOOD RUN
FORT WAYNE, IN 46818

0000410-49 *CLE*
**HERBERT CHARLES SNYDER JR**
3521 SPY RUN HILL
FORT WAYNE, IN 46805

0020426-02 *Fees*
**MARK ARNOLD WERLING**
SUITE 800
111 E. WAYNE STREET
FORT WAYNE, IN 46802

## Boone County

0026992-49 *CLE*
**JOHN DOUGLAS BOLES**
9363 TUNDRA DRIVE
ZIONSVILLE, IN 46077

0004420-49 *Fees*
**RONALD CLARK DAVIS**
970 TILLSON DRIVE
ZIONSVILLE, IN 46077

0017952-49 *CLE*
**TRACY JEAN FOLLSTAD**
9538 PLEASANTVIEW LANE
ZIONSVILLE, IN 46077

0001840-49 *Fees*
**ALEX RAYMOND VOILS JR.**
3720 E. 750 S.
LEBANON, IN 46052

## Carroll County

0027204-49 *CLE, Fees*
**MARCUS ALAN KNOTTS**
P.O. BOX 214
CAMDEN, IN 46917

## Cass County

0018137-09 *CLE*
**ANDREW JOSEPH RUSK**
RR2 BOX 16A
GALVESTON, IN 46932

## Daviess County

0003174-14 *CLE*
**BLAKE LEE CHAMBERS**
P.O. BOX 700
16 EDWARDSPORT ROAD
WASHINGTON, IN 47501

## Delaware County

0028930-49 *Fees*
**SAMUEL J. BEASLEY**
116 1/2 NORTH WALNUT ST.
MUNCIE, IN 47304

0022650-18 *CLE*
**JACOB PAUL DUNNUCK**
114 SOUTH WALNUT STREET
MUNCIE, IN 47305

Exhibit A

## Delaware County (cont.)

0010632-98 *CLE*
**JOSEPH ROBIN MCKINNEY**
T.C. 918
BALL STATE UNIVERSITY
MUNCIE, IN  47306

0023114-49 *Fees*
**ANTHONY D. RUFATTO**
117 NORTH HIGH STREET
MUNCIE, IN  46305

## Dubois County

0022269-72 *CLE*
**SANDRA KAY BOWMAN**
4129 WESTFALL COURT
JASPER, IN  47546

0025923-51 *CLE, Fees*
**RAY CHAPPELL PHILLIPS**
1600 ROYAL STREET
JASPER, IN  47549

## Elkhart County

0018252-71 *CLE*
**THOMAS NELSON NUTTLE**
2820 S. MAIN STREET
ELKHART, IN  46517

0006417-20 *Fees*
**RICHARD WILLIAM ROGERS**
P.O. BOX 1142
MIDDLEBURY, IN  46540

0017594-20 *Fees*
**KIRK LYNN VEER**
P.O. BOX 2434
ELKHART, IN  46515

## Floyd County

0003777-22 *CLE*
**BARRY NORMAN BITZEGAIO**
1325 RIDGEWAY AVENUE
NEW ALBANY, IN  47150

## Grant County

0021424-27 *Fees*
**BEAU JACK WHITE**
301 SOUTH ADAMS STREET
MARION, IN  46952

0001641-27 *Fees*
**STEPHEN PAUL WOLFE**
139 EAST 3RD STREET
MARION, IN  46952

## Greene County

0028241-14 *Fees*
**JARROD BENNETT FRANKLIN**
24613 STANFORD WOODS
SOLSBERRY, IN  47459

## Hamilton County

0020827-49 *CLE, Fees*
**EDWARD ANTHONY BENNETT CASTALDO**
11650 LANTERN ROAD
SUITE 239
FISHERS, IN  46038

0025963-49 *Fees*
**NATHAN SCOTT FLOYD**
11012 TAM O SHANTER DR.
CARMEL, IN  46032

0020490-53 *Fees*
**ELIZABETH ANNE HOBBS**
15511 BETHESDA CIRCLE
WESTFIELD, IN  46074

Exhibit A

## Hamilton County (cont.)

0026064-49 *Fees*
**JUANITA RICHELLE INGRAM**
10977 SAWGRASS DRIVE
FISHERS, IN  46038

0008732-29 *CLE*
**JOHN EDWARD LEAHY**
14055 COLVILLE CIRCLE
CARMEL, IN  46033

0027612-64 *CLE*
**ANTHONY JUSTIN OLIVEIRA**
14050 AVALON EAST DRIVE
FISHERS, IN  46037

0025371-45 *CLE*
**JOEL SCOTT PASKA**
15466 SHELLBARK DRIVE
NOBLESVILLE, IN  46062

0014401-49 *Fees*
**MARTHA HELVESTON PLAGER**
15974 BRIDGEWATER CLUB BL
CARMEL, IN  46033

0020310-49 *Fees*
**CHRISTOPHER FRANCIS POLE**
10765 TRAILWOOD DRIVE
FISHERS, IN  46038

0001537-29 *CLE*
**DAVID FREDERICK TUDOR**
P.O. BOX 1775
NOBLESVILLE, IN  46061

## Hancock County

0027946-30 *Fees*
**ANDREA JAMILE MARCUS**
2184 S. MOELLER CIRCLE
NEW PALESTINE, IN  46163

## Hendricks County

0007458-32 *Fees*
**PAUL TERRY HARDIN**
P.O. BOX 155
PLAINFIELD, IN  46168-0155

## Henry County

0007570-33 *CLE, Fees*
**HOWARD TERRILL HARVEY**
1238 AUDUBON ROAD
NEW CASTLE, IN  47362

## Howard County

0002413-34 *Fees*
**JAMES DALE ANDREWS**
1974 VALLEY VIEW DRIVE
KOKOMO, IN  46902

0024081-34 *CLE, Fees*
**MONTY BRANDT ARVIN**
5807 SENECA TRAIL
KOKOMO, IN  46902

## Huntington County

0014195-35 *CLE, Fees*
**LEE METZLER BOWERS II**
301 WARREN STREET
HUNTINGTON, IN  46750

0018366-92 *CLE*
**LAWRENCE THOMAS FESTA III**
10551 SOUTH VINEWOOD RD.
ROANOKE, IN  46783

## Johnson County

0023903-41 *Fees*
**JILL MARY CLOUSE**
PO BOX 662
GREENWOOD, IN 46142

0023244-41 *CLE*
**WILLIAM RANDALL MUENCH**
4030 LUCKY LANE
GREENWOOD, IN 46142

## Kosciusko County

0006516-49 *CLE*
**RICHARD LEE ROBINSON**
PO BOX 272
207 W PLUM ST
LEESBURG, IN 46538-0272

0029072-20 *Fees*
**ZACHARY LEE STAVEDAHL**
3762 W. OLD RD 30 LOT 16W
WARSAW, IN 46580

## Lake County

0005081-45 *CLE, Fees*
**NICK KATICH**
915-B EASY STREET
CROWN POINT, IN 46307

0022518-64 *Fees*
**ALISSA FAYE KOHLHOFF**
322 INDIANAPOLIS BLVD.
SUITE 201
SCHERERVILLE, IN 46375

0010225-45 *CLE*
**BRUCE ALAN LAMBKA**
120 1/2 SOUTH MAIN STREET
CROWN POINT, IN 46307

0009983-45 *CLE, Fees*
**VICTOR L. LEAL**
1412 N. DWIGGINS
GRIFFITH, IN 46319

0026508-45 *CLE*
**CARLA JAMELYN MORGAN**
3824 DRUMMOND STREET
EAST CHICAGO, IN 46312-2347

0006569-45 *Fees*
**JOHN NICHOLAS PANGERE**
9205 BROADWAY
SUITE B
MERRILLVILLE, IN 46410

0001878-45 *CLE*
**ANGELO SABATO**
6980 WEST 115TH AVENUE
CROWN POINT, IN 46307-8577

0024691-71 *CLE*
**DARRELL WAYNE TAYLOR**
500 WILDERNESS COURT
SCHERERVILLE, IN 46375

0019909-45 *Fees*
**DUJUANA DENISE WADDY**
4922 CAREY STREET
EAST CHICAGO, IN 46312

## Lawrence County

0018720-49 *Fees*
**MARY ALICE JOHNSON MANLEY**
P.O. BOX 197
OOLITIC, IN 47451

## Madison County

0017012-48 *Fees*
**JAMES WILLIAM BEAMISH**
107 N. FAIRFIELD
PENDLETON, IN 46064

0006980-48 *CLE*
**JAMES ELI FREEMAN JR**
1001 JACKSON STREET
ANDERSON, IN 46016

0020342-48 *Fees*
**VERONICA MIA ROBY**
11530 N. STATE ROAD 37
ELWOOD, IN 46036

## Marion County

0002391-49 *Fees*
**STEVEN H. ANCEL**
ONE INDIANA SQUARE
SUITE 3500
INDIANAPOLIS, IN 46204

0023222-49 *CLE*
**CHRISTINE CLARE BAKER**
6770 SPIRIT LAKE DR.
UNIT 101
INDIANAPOLIS, IN 46220

0024939-09 *CLE*
**BARBARA L. BARKAS**
1873 MISTY LAKE DR.
INDIANAPOLIS, IN 46260

0027729-49 *Fees*
**HEATHER ANN BARNES**
1375 EXPOSITION BLVD
SACRAMENTO, CA 95815

0025496-49 *Fees*
**MATTHEW CARTER BRANIC**
624 EAST WALNUT STREET
#17
INDIANAPOLIS, IN 46204

0014786-49 *Fees*
**DONALD KEITH BROAD**
7168 GRAHAM ROAD
SUITE 160
INDIANAPOLIS, IN 46250

0028480-49 *CLE, Fees*
**KAITLIN MARIE BROWN**
12218 SOUTHCREEK COURT
INDIANAPOLIS, IN 46236

0028496-49 *CLE*
**ABHISHEK CHAUDHARY**
151 N. DELAWARE ST.
INDIANAPOLIS, IN 46204

0003584-49 *Fees*
**JOHN DANIEL COCHRAN JR**
111 MONUMENT CIRCLE
SUITE 3500
INDIANAPOLIS, IN 46204-2030

0024526-49 *CLE*
**NEAL ANDREW COOPER**
SUITE 2000, BOX 82064
ONE AMERICAN SQUARE
INDIANAPOLIS, IN 46282

0024139-49 *CLE*
**DAVINA LOUISE CURRY**
P.O. BOX 78676
INDIANAPOLIS, IN 46278

0027086-64 *Fees*
**JOHN FREDERICK DONALDSON**
150 EAST MARKET STREET
INDIANAPOLIS, IN 46204

## Marion County (cont.)

0011944-49 *Fees*
**JEFFREY ALAN DOTY**
5321 NORTH COLLEGE AVENUE
INDIANAPOLIS, IN  46220

0006703-49 *CLE*
**CHARLES DAVID EMHARDT**
BANK ONE CENTER/TOWER
111 MONUMENT CIR.STE.3700
INDIANAPOLIS, IN  46204-5137

0028865-49 *CLE*
**JAMIE ANN HAYES**
815 EAST 48TH STREET
INDIANAPOLIS, IN  46201

0007767-49 *Fees*
**STEVEN LEWIS HOLZER**
220 WEST 46TH STREET
INDIANAPOLIS, IN  46208

0028846-49 *CLE*
**MAEGHAN KATE IOANNACCI**
5304 WEST 74TH STREET
INDIANAPOLIS, IN  46268

0024495-49 *CLE*
**BRANDON SCOTT JUDKINS**
300 NORTH MERIDIAN STREET
SUITE 2700
INDIANAPOLIS, IN  46204

0023629-49 *Fees*
**JEFFREY KARL KERNER**
4646 EVA LANE
INDIANAPOLIS, IN  46227

0026457-49 *Fees*
**KATHRYN AYN LODATO**
111 MONUMENT CIRCLE
SUITE 2700
INDIANAPOLIS, IN  46204

0008901-49 *CLE, Fees*
**PAULA EVELYN LOPOSSA**
357 EAST 7TH STREET
INDIANAPOLIS, IN  46202

0028290-49 *Fees*
**MICHAEL STEPHEN MAHONEY**
7222 KIMBLE DRIVE
INDIANAPOLIS, IN  46217

0017073-49 *Fees*
**KAREN DIANE MCKINNEY MCGUINNESS**
6925 ACTON ROAD
INDIANAPOLIS, IN  46259

0024478-49 *Fees*
**ADAM STEPHEN MEARS**
6500 E WESTFIELD BLVD
INDIANAPOLIS, IN  46220

0014548-49 *Fees*
**MELISSA FERVERDA MILLER**
7036 N. PENNSYLVANIA ST.
INDIANAPOLIS, IN  46220

0026525-49 *CLE, Fees*
**KRISTIN RENA NESBITT**
3821 GABLE LANE DRIVE
APT. 426
INDIANAPOLIS, IN  46228

0009634-49 *CLE, Fees*
**J. BRIAN NIEDERHAUSER**
320 N. MERIDIAN STREET
STE. 615
INDIANAPOLIS, IN  46204-1725

0024658-49 *Fees*
**EVERETT EUGENE POWELL II**
7202 N. SHADELAND AVENUE
SUITE 118
INDIANAPOLIS, IN  46250

## Marion County (cont.)

0005985-49 *CLE*
**THOMAS HARLEY RISTINE**
ONE AMERICAN SQUARE
SUITE 2500
INDIANAPOLIS, IN 46282

0011313-49 *CLE*
**JAY BRENT ROSE**
10101 E. 63RD STREET
INDIANAPOLIS, IN 46236

0023216-79 *Fees*
**NOAH STEPHEN SCHAFER**
4209 N. CAPITOL AVE
INDIANAPOLIS, IN 46208

0028776-49 *CLE, Fees*
**JORDAN DAVID SEEDER**
530 EAST OHIO STREET
APT. 226
INDIANAPOLIS, IN 46204

0024388-49 *Fees*
**ALBERT SERRANO**
151 NORTH DELAWARE STREET
SUITE 200
INDIANAPOLIS, IN 46204

0010163-49 *CLE*
**JOAN ROAN SERVAAS**
1100 WATERWAY BLVD.
INDIANAPOLIS, IN 46202

0011693-49 *Fees*
**LINDA WALKER THRAPP**
11630 WOODS BAY LN.
INDIANAPOLIS, IN 46236

0026998-49 *CLE, Fees*
**CHRISTINE MARIE TRENT**
156 E. MARKET STREET
SUITE 200
INDIANAPOLIS, IN 46204

0021416-49 *Fees*
**TARA DAWN VAN AUSDALL**
251 NORTH ILLINOIS ST.
SUITE 1700
INDIANAPOLIS, IN 46204

0026630-49 *CLE, Fees*
**JOHN SPENCER VIERNES**
8113 BARKS DALE WAY
INDIANAPOLIS, IN 46216

## Monroe County

0015391-53 *CLE*
**PHILIP HAMILTON CHAMBERLAIN**
P.O. BOX 224
CLEAR CREEK, IN 47426

0028641-53 *Fees*
**GREGORY VINCENT KOVATCH**
1302 COBBLE CREEK CIRCLE
BLOOMINGTON, IN 47401

0026531-53 *Fees*
**NIKOLAS STEVEN OSBORNE**
1217 E. ZINNIA DR.
BLOOMINGTON, IN 47401

0018944-49 *Fees*
**CHRISTOPHER JOHN WHEELER**
699 E, DILLMAN ROAD
BLOOMINGTON, IN 47401

0019634-52 *Fees*
**SUSAN J. YOON**
3816 SOUTH MILL STONE CT.
BLOOMINGTON, IN 47401

## Morgan County

0007934-49 *CLE*
**SHAROLYN ESTHER HICKS**
8594 N. BRIARWOOD LK.
EAST DRIVE
MONROVIA, IN 46157

## Porter County

0026768-64 *CLE*
**JILL MICHELLE HEILIGER**
1551 WEST FOREST LANE
MARION, IN 46952

0026686-64 *CLE, Fees*
**ELIZABETH MARTHA HEINOLD**
3703 CHIMNEY HILL DRIVE
VALPARAISO, IN 46383

0025374-64 *Fees*
**MEGAN ELIZABETH PIKULA**
251 INDIANA AVENUE
VALPARAISO, IN 46383

0028733-64 *CLE, Fees*
**AARON JOSEPH PRIEST**
9274 C NORRIS DRIVE
HOBART, IN 46342

0020329-64 *CLE*
**SARAH LYNN REED**
308 GREENWICH ST.
VALPARAISO, IN 46383

0006043-64 *Fees*
**DONALD WAYNE RICE**
7108 LENBURG ROAD
PORTAGE, IN 46368

0026146-64 *Fees*
**STEPHANIE ANNE WICKE**
171 WEST 700 NORTH
VALPARAISO, IN 46385

## Rush County

0017798-49 *CLE*
**KATHLEEN DAWN HARDING**
3750 N. 580 W.
RUSHVILLE, IN 46173

## St. Joseph County

0026819-64 *CLE, Fees*
**ALEXANDER CHRISTOS GATZIMOS**
56547 EASTVUE DRIVE
OSCEOLA, IN 46561

0010003-71 *CLE, Fees*
**JAMES DAVID NAFE JR**
SUITE 605, JMS BUILDING
108 NORTH MAIN STREET
SOUTH BEND, IN 46601-1616

0026243-49 *CLE, Fees*
**TENNEIL ERYN SELNER**
518 HANEY AVE
SOUTH BEND, IN 46613

## Tippecanoe County

0010316-53 *Fees*
**FREDERICK SNYDER MEESSEN**
P.O. BOX 484
LAFAYETTE, IN 47902

## Vanderburgh County

0000838-82 *CLE*
**NEIL CHANNELL THOMAS**
2929 LONGIRON DRIVE
EVANSVILLE, IN 47725

Exhibit A

## Vigo County

0007609-84 *CLE*
**DAVID DEAN HAYNES**
P.O. BOX 3124
TERRE HAUTE, IN  47803-0124

## Warrick County

0026200-87 *CLE*
**CARL CAMERON LITTLE**
1498 WEST NEW HOPE ROAD
BOONVILLE, IN  47601

## Wayne County

0016259-89 *CLE*
**AMY ANDREA JARECKI**
527 WEST MAIN STREET
RICHMOND, IN  47374

0020524-64 *Fees*
**RUDY KUNSHEK**
2325 CHESTER BOULEVARD
RICHMOND, IN  47374

0011827-89 *Fees*
**RONALD GEORGE PYLE**
650 HALE CIRCLE
RICHMOND, IN  47374

## White County

0003942-49 *Fees*
**LEE GRIFFITH**
523 SOUTH BLUFF STREET
MONTICELLO, IN  47960

## OTHER

0013918-49 *CLE*
**MICHAEL JOSEPH ANDROVETT**
8258 SAN BENITO WAY
DALLAS, TX  75218

0003948-98 *Fees*
**ARLENE FAYE BAKER**
32 HARRIS ROAD
SEALE, AL  36875

0011905-49 *Fees*
**DAVID BRYAN BASSETT**
399 PARK AVENUE
30TH FLOOR
NEW YORK, NY  10022

0015116-64 *Fees*
**DOUGLAS JOE BATES**
27500 RIVERVIEW CENT.BLVD
BONITA SPRINGS, FL  34134

0010775-49 *Fees*
**GERALD ARCHIE BEARD**
ONE PARKWAY SOUTH
P.O. BOX 19001
GREENVILLE, SC  29602-9001

0015982-49 *Fees*
**THOMAS A. BELUSH**
ONE MICROSOFT WAY
REDMOND, WA  98052-6399

0017868-53 *Fees*
**WILLIAM SCOTT BOATMAN**
999 18TH STREET
NO. 2350
DENVER, CO  80202

0019944-53 *Fees*
**JACK ANTHONY BOBO**
11707 BUNNELL CT N
POTOMAC, MD  20854

Exhibit A

## OTHER (cont.)

0020035-53 *Fees*
**MARGARET MARY BOMBERGER**
5613 ADVENTURE DRIVE
DUBLIN, OH 43017

0021957-53 *CLE*
**LINDSAY THOMAS BOYD**
P.O. BOX 456
ELMHURST, IL 60126

0003657-02 *Fees*
**MELVIN WAYNE BREDEMEIER**
6111 MOONPATTERNS TRAIL
FAIRFAX STATION, VA 22039

0002933-64 *Fees*
**RICHARD ALAN BROWNE**
18500 MURDOCK CIRCLE
PORT CHARLOTTE, FL 33948-1094

0021565-49 *Fees*
**ANGELA LYNN BUTZ**
1500 N LAKE LEELANAU DR
LAKE LEELANAU, MI 49653

0015242-49 *CLE, Fees*
**BARBARA RICHARDS CAMPBELL**
P.O. BOX 802
LORTON, VA 22079

0012337-98 *CLE, Fees*
**PETER LEROUX CASSADY**
THE AMERICAN BOOK BLDG.
300 PIKE ST., STE. 400
CINCINNATI, OH 45202

0022159-45 *Fees*
**JOSEPH EDWARD COLLINS**
SUITE 1900
203 NORTH LASALLE STREET
CHICAGO, IL 60601-1293

0027796-49 *Fees*
**DIANE NICOLE CROSS**
5074 DONOVAN DRIVE
UNIT 104
ALEXANDRIA, VA 22304

0010804-98 *CLE, Fees*
**E. BRIAN DAVIS**
6911 SPRIG LEAF CIRCLE
LOUISVILLE, KY 40241-6255

0027084-49 *Fees*
**TYLER JONATHAN DEWEY**
7536 KINNIKINNICK DR.
ROSCOE, IL 61073

0008630-74 *Fees*
**ANGELA LEA DIRR**
1000 PEACHTREE STREET
ATLANTA, GA 30303

0022957-84 *Fees*
**PAUL ANDREW FASSBENDER**
1302 A ST. SE UNIT B
WASHINGTON, DC 20003

0006839-98 *Fees*
**DONALD DALE FINNEY**
3176 RUNNING DEER CIRCLE
LOUISVILLE, KY 40241

0008366-49 *CLE*
**HECTOR LUIS FLORES**
40 NORTHWEST THIRD STREET
PENTHOUSE I
MIAMI, FL 33128

0018401-49 *CLE*
**LINDA CHARLENE FORD**
268 G STREET, S.W.
WASHINGTON, DC 20024

## OTHER (cont.)

0026963-10 *Fees*
**CHANDA H. GAULT**
200 S. FIFTH STREET
SUITE 700 NORTH
LOUISVILLE, KY 40202

0026949-10 *Fees*
**PAUL H. GOSNELL**
40 WEST CACHE VALLEY BLVD
SUITE 8A
LOGAN, UT 84341

0026381-45 *CLE*
**ROBERT WAYNE GRAY**
5511 WEST 175TH STREET
TINLEY PARK, IL 60477

0022985-49 *Fees*
**ADAM DAVID GRUBE**
9965 64TH CIRCLE N.
MAPLE GROVE, MN 55369

0020595-10 *Fees*
**JASON LEE HARGADON**
300 EAST MAIN STREET
SUITE 360
LEXINGTON, KY 40507

0025623-49 *Fees*
**JENNIFER L. HATCHETT**
10911 FAIRWAY POINTE DRIV
LOUISVILLE, KY 40241

0029600-49 *Fees*
**ANDREW MICHAEL HEATON**
3901 KILBOURNE AVENUE
CINCINNATI, OH 45209

0023668-49 *Fees*
**MARCELLE J. HENRY**
330 WEST 42ND STREET
25TH FLOOR
NEW YORK, NY 10036

0027872-45 *CLE, Fees*
**WENDY CHRISTOPHER HENSEL**
1220 SWAN DRIVE
BTADLEY, IL 60915

0018700-29 *Fees*
**RENAE LYNN HERMANN**
25800 NORTHWESTERN HWY.
STE. L-80
SOUTHFIELD, MI 48075

0021260-10 *Fees*
**LISA CLEPHAS HESTER**
2500 NATIONAL CITY TOWER
101 SOUTH FIFTH STREET
LOUISVILLE, KY 40202-3175

0024234-49 *Fees*
**CATHERINE E. HOOD**
1310 IOWA DRIVE
MADISON, WI 53704

0028402-49 *CLE*
**JOSEPH WILLIAM HUDGENS**
#6 BURR OAK COURT
CUBA, MO 65453

0010621-36 *Fees*
**SHARON LOUISE HULBERT**
6218 1/2 NITA AVENUE
WOODLAND HILLS, CA 91367

0015767-49 *Fees*
**JAMES WESLEY JOHNSON III**
3628 ROYAL SIERRA TRAIL
NEENAH, WI 54956

## OTHER (cont.)

0018025-20 *Fees*
**ALLAN SETH KATZ**
5400 RENAISSANCE TOWER
1201 ELM STREET
DALLAS, TX 75270

0021971-64 *CLE*
**NICHOLAS CONSTANTINE KEFALOS**
27 NORTH WACKER DRIVE
SUITE 2000
CHICAGO, IL 60606-2800

0005122-84 *Fees*
**JOHN EDWARD KELLER**
6812 RENOWN WAY
SPRING HILL, FL 34606

0026713-46 *CLE, Fees*
**KELLY MICHELLE KLUTING**
6487 REDINGTON DR. SE
ADA, MI 49301

0011758-22 *CLE*
**CHARLES LAWRENCE KOBY**
3315 TRAIL RIDGE ROAD
LOUISVILLE, KY 40241

0019674-45 *Fees*
**MARY ANN KORENIC**
1643 EAST 185TH STREET
LANSING, IL 60438

0012867-98 *Fees*
**ANITA SAKOWITZ KRAMER**
8340 ROYAL MELBOURNE WAY
DULUTH, GA 30097

0015010-45 *Fees*
**RICHARD ALLEN KUENSTER**
526 NORTH SEYMOUR STREET
MUNDELEIN, IL 60060

0008802-49 *Fees*
**STEPHEN LAUDIG**
1914 UNIVERSTY AVENUE
#103
HONOLULU, HI 96822

0018306-53 *Fees*
**EDWARD WILLIAM MALAVENDA**
215 NE SPANISH COURT
BOCA RATION, FL 33432

0011254-98 *Fees*
**DAVID ALLEN MALONE**
10536 EDWARDIAN LANE
NEW MARKET, MD 21774

0013003-98 *Fees*
**DAVID EDWARD MAYFIELD**
4023 CHARLES STRRET
ROCKFORD, IL 61108-6199

0016120-49 *Fees*
**JANET TREICHEL MCCLAIN**
1126 SHOREWOOD BLVD.
MADISON, WI 53705

0019139-71 *Fees*
**MARGARET LEONARD MCKINNEY**
7013 ELIZABETH DRIVE
MCLEAN, VA 22101

0013025-98 *Fees*
**DOUGLAS LEE MILLER**
404 BROOKES WALK
WOODSTOCK, GA 30188

0009217-71 *CLE*
**JAMES MICHAEL MILLER**
120 S. BROADWAY
P.O. BOX 155
CASSOPOLIS, MI 49031

## OTHER (cont.)

0025457-49 *CLE*  
**KAMMIE MICHELLE MONARCH**  
6488 SOUTH ALKIRE #1812  
LITTLETON, CO 80127

0009925-98 *CLE, Fees*  
**ARVID LEGRANDE MORTENSEN**  
P.O. BOX 6362  
LAGUNA NIGUEL, CA 92607

0020638-49 *CLE*  
**ANNA KRISTINE MUSALL**  
12021 N. 65TH AVE.  
GLENDALE, AZ 85304

0028703-34 *CLE*  
**JOHN WILLIAM MYERS**  
300 E. MAIN ST.  
SUITE 350  
CHARLOTTESVILLE, VA 22902

0023809-45 *CLE*  
**MARTHA A. NILES**  
906 W. GUNNISON STREET  
SUITE 2  
CHICAGO, IL 60640

0026677-49 *CLE*  
**JESSICA KATHERINE TROK OHLSON**  
330 NORTH WABASH  
SUITE 2900  
CHICAGO, IL 60611

0006295-49 *CLE*  
**DONNA OLNEY PASSMORE**  
1419 SUGAR CREEK BLVD.  
SUGAR LAND, TX 77478

0013206-98 *Fees*  
**JOHN LINCOLN PETERSON**  
18 ALDEN PLACE  
MILFORD, CT 06460-4510

0026160-57 *CLE*  
**MICHAEL PAUL PIEKNIK**  
PO BOX 1485  
DEARBORN, MI 48121

0025053-53 *Fees*  
**JENNIFER LESLIE POLLOM**  
135 WILLIAM ST  
APT 15A  
NEW YORK, NY 10038

0021787-45 *Fees*  
**MICHAEL JOSEPH PULCANIO**  
PO BOX 9  
GLEN ELLYN, IL 60138

0023407-49 *Fees*  
**EDWARD LILLBURNE QUEEN II**  
1319 WILDCLIFF PARKWAY  
ATLANTA, GA 30329

0025376-49 *CLE*  
**CHERIE THOMPKINS RAMAGE**  
3914 REMINGTON WAY  
MARIETTA, GA 30066

0011786-49 *Fees*  
**DOMENIC MICHAEL RECCHIA**  
172 GRAVESEND NECK ROAD  
BROOKLYN, NY 11223

0023376-89 *Fees*  
**DELISA YVETTE RUSSELL**  
1261 BRADLEY CIRCLE  
ELGIN, IL 60120

0029060-49 *Fees*  
**DOMAGOJ SANGO**  
25 MALLARD DRIVE  
GREENWICH, CT 06830

## OTHER (cont.)

0015060-45 *Fees*
**JENNA LYNN SCHOENEMAN**
5600 NORTH RIVER ROAD
SUITE 600
ROSEMONT, IL 60018-5114

0015259-49 *CLE*
**KEITH ALAN SCHOFNER**
1849 PINE
BIRMINGHAM, MI 48009

0002113-10 *CLE, Fees*
**NADER G. SHUNNARAH**
200 SOUTH FIFTH STREET
SUITE 5 NORTH
LOUISVILLE, KY 40202

0027412-45 *CLE, Fees*
**CRAIG C. SMITH**
P.O. BOX 1427
WHEATON, IL 60189

0022123-24 *Fees*
**STEVEN LINDSAY SMITH**
621 MEHRING WAY
#1008
CINCINNATI, OH 45202

0025907-53 *Fees*
**CASSANDRA STEKLY**
355 I STREET, SW
#619-S
WASHINGTON, DC 20024

0027444-49 *CLE*
**JODIE ELIZABETH STOKES**
118 EAST GARNETTSVILLE RD
MULDRAUGH, KY 40155

0025397-10 *Fees*
**DAVID O'BRIEN SUETHOLZ**
515 PARK AVE.
LOUISVILLE, KY 40208

0025125-45 *CLE*
**MARTHA CAROLINA SZATKOWSKI**
33 WEST MONROE
SUITE 2700
CHICAGO, IL 60603

0023472-49 *CLE*
**SLADE CULLI TRABUCCO**
29 NORTH THIRD STREET
WILMINGTON, NC 28401

0015087-10 *Fees*
**CHARLES LEE TRIPLETT**
2327 LIME KILN LANE
LOUISVILLE, KY 40222

0022135-71 *Fees*
**CHAD ANTHONY TRULLI**
10328 EAST 28TH AVENUE
DENVER, CO 80238

0022137-20 *CLE*
**JAMES GILBERT VANTINE JR**
4529 GULL PRAIRIE PLACE
#2-B
KALAMAZOO, MI 49048

0020687-45 *Fees*
**ORLANDO VELAZQUEZ**
200 SOUTH MICHIGAN AVENUE
SUITE 209
CHICAGO, IL 60604

0016308-49 *Fees*
**JUSTIN PAUL WALKER**
17535 VIA LINDO
TUSTIN, CA 92680

## OTHER (cont.)

0002096-49 *Fees*
**JOHN CHRISTOPHER WHITE**
503 FRENCH ROAD
APT. 6
ROCHESTER, NY 14618

0026154-49 *CLE*
**MAKSAT YERASSILOV**
ASTANA-5
ALMATY, KAZAKHSTAN

Exhibit A